UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-cv-00342--DTS

Jeffrey M. Vonasek on behalf of himself and
all others similarly situated,

          Plaintiff,          **PLAINTIFF'S UNOPPOSED**
                                      **MOTION FOR FINAL APPROVAL**
   v.                           **OF CLASS ACTION SETTLEMENT**

Bank of the West and Repossessors, Inc.,

          Defendants.

---

     Plaintiff, Jeffrey M. Vonasek, as representative of the conditionally certified class, by and through his attorney of record, and pursuant to Federal Rule of Civil Procedure 23, respectfully moves this Court for an Order granting final approval of the class action settlement of all claims, and entry of a final judgment, in accordance with the terms set forth more in the Settlement Agreement and Release. (*ECF No. 54-1*).

Dated this 11th day of January, 2018

                                         Respectfully Submitted,

                                         By: s/Thomas J. Lyons Jr.
                                         Thomas J. Lyons, Jr., Esq.
                                         Attorney ID#: 0249646
                                         CONSUMER JUSTICE CENTER, P.A.
                                         367 Commerce Court
                                         Vadnais Heights, MN  55127
                                         Telephone:  (651) 770-9707
                                         Tommy@ConsumerJusticeCenter.com
                                         *ATTORNEY FOR PLAINTIFF AND THE*
                                         *CLASS*