# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: .:  16-cv-00342--DTS

| | |
|---|---|
| Jeffrey M. Vonasek on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>Bank of the West and Repossessors, Inc.,<br><br>　　　　　　　　　Defendants. | **PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES AND COSTS AND CLASS REPRESENTATIVE'S INCENTIVE AWARD** |

Plaintiff hereby moves the Court for an award for attorney's fees and costs and class representative's incentive award in connection with the above-entitled class action. Plaintiff's Memorandum, Declaration and evidence in support of Plaintiff's Motion shall be filed contemporaneously herewith.

Dated this 11th day of January, 2018.

　　　　　　　　　　　　　　　　　By: s/Thomas J. Lyons Jr.
　　　　　　　　　　　　　　　　　Thomas J. Lyons, Jr., Esq.
　　　　　　　　　　　　　　　　　Attorney I.D. #249646
　　　　　　　　　　　　　　　　　CONSUMER JUSTICE CENTER, P.A.
　　　　　　　　　　　　　　　　　367 Commerce Court
　　　　　　　　　　　　　　　　　Vadnais Heights, MN 55127
　　　　　　　　　　　　　　　　　Telephone:  (651) 770-9707
　　　　　　　　　　　　　　　　　Facsimile:(651) 704-0907
　　　　　　　　　　　　　　　　　tommy@consumerjusticecenter.com

　　　　　　　　　　　　　　　　　*ATTORNEY FOR PLAINTIFF*
　　　　　　　　　　　　　　　　　*AND THE CLASS*